Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Frank B. Thrasher, pro se.* No appearance for respondent.

No. 608. SPRUILL *v.* BALLARD ET AL. January 7, 1935. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. *Georgia M. Spruill, pro se.* No appearance for respondents.

No. 609. SPRUILL *v.* SUPREME COURT OF THE DISTRICT OF COLUMBIA. January 7, 1935. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. *Georgia M. Spruill, pro se.* No appearance for respondent.

No. 533. HARTFORD-EMPIRE Co. *v.* OBEAR-NESTER GLASS Co. ET AL. January 7, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Thomas G. Haight, Amasa C. Paul, Robson D. Brown, William J. Belknap,* and *Maurice M. Moore* for petitioner. *Messrs. John D. Rippey* and *Lawrence C. Kingsland* for respondents.

No. 536. MARSHALL ELECTRIC Co. *v.* PULLMAN, INC. ET AL. January 7, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Thomas Marshall* for petitioner. *Messrs. Robert S. Blair, George L. Wilkinson,* and *Delos G. Haynes* for respondents.